RECEIVED
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SANDY R. THOMPSON                    DOCKET NO. 12-CV-1605; SEC. P

VERSUS                               JUDGE JAMES T. TRIMBLE, JR.

AVC CORRECTIONAL CENTER STAFF        MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Original and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED, at Alexandria, Louisiana, this 17th day of July, 2013.

JAMES T. TRIMBLE, JR.
DISTRICT JUDGE